**2007–1069. Maynard v. Eaton Corp.**
Marion App. No. 9–06–33, 2007-Ohio-1906. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals Journal Entry filed June 7, 2007:

"Does the amendment to R.C. 1343.03, effective June 2, 2004, adjust the 10% rate of post-judgment interest calculated on a final judgment that was entered prior to the date of the amendment, but not paid in full and pending on appeal?"

LANZINGER, J., dissents.

The conflict cases are *Hausser & Taylor, LLP v. Accelerated Sys. Integration, Inc.*, Cuyahoga App. No. 86547, 2006-Ohio-1582, and *Hilliard v. First Indus., L.P.*, 165 Ohio App.3d 335, 2005-Ohio-6469.